**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Dirone Troy Underwood and<br>Cristie Marie Underwood<br>Debtor | : | Chapter 13<br>Bankruptcy No.: 19-14805-elf |
| Dirone Troy Underwood and<br>Cristie Marie Underwood<br>Plaintiffs<br>v. | : | AP No.: |
| U.S. Bank, National Association, as<br>Trustee for the Holders of the CSFB Home<br>Equity Trust Series 2006-2<br>Defendant | : | |

**COMPLAINT TO DETERMINE THE VALIDITY OF THE LIEN HELD BY U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB HOME EQUITY TRUST SERIES 2006-2**

## I. Introduction

1. This complaint is filed by the Debtor-Plaintiffs Dirone Troy Underwood and Cristie Marie Underwood ("Plaintiffs") to determine the extent and validity of a mortgage lien asserted by U.S. Bank, National Association, as Trustee for the Holders of the CSFB Home Equity Trust Series 2006-2 ("Defendant") upon Plaintiffs' real property, to determine the treatment of Defendant's claim in the pending Chapter 13 bankruptcy, and to direct the Defendant to satisfy or vacate its mortgage lien at the Recorder of Deeds of Montgomery County, Pennsylvania upon entry of a discharge order in this case.

## II. Jurisdiction

2. Plaintiffs, by and through undersigned counsel, filed the present Chapter 13 bankruptcy case on July 31, 2019. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceedings pursuant to 28 U.S.C. §157.

## III. Parties

3. The Plaintiffs in this action is Dirone Troy Underwood and Cristie Marie Underwood with an address of 71 South Price Street, Pottstown, Montgomery County, Pennsylvania, 19464.

4. The Defendant is U.S. Bank, National Association, as Trustee for the Holders of the CSFB Home Equity Trust Series 2006-2 with a notice address of 209 S. Lasalle Street, 3FL, Chicago, IL 60604.

5. The Trustee in the Plaintiff-Debtors' Chapter 13 bankruptcy case is William C. Miller, Chapter 13 Trustee for the United States Bankruptcy Court for the Eastern District of Pennsylvania.

## IV. Allegations of Fact

6. Plaintiffs own the real estate known as 71 South Price Street, Pottstown, Montgomery County, Pennsylvania, 19464 ("the Property").

7. Upon information and belief, Plaintiffs granted two mortgages upon the Property. Pursuant to the online records of the Montgomery County Recorder of Deeds, a first mortgage lien was recorded on September 7, 2001 for $67,200.00 at Instrument No. 2001125195.

8. A $115,164.22 claim representing the mortgage in first position was filed on October 2, 2019 by Ditech Financial, LLC and is attached hereto as **Exhibit "A"**.

9. The claim by Ditech Financial, LLC was subsequently assigned to Specialized Loan Servicing, LLC on November 22, 2019. See **Exhibit "B".**

10. The second mortgage lien, also according to said online records of the Montgomery County Recorder of Deeds, was recorded upon the Property on September

7, 2001 as security for a loan amount of $10,000.00 and recorded at Instrument No. 2001156083.

11. Defendant U.S. Bank, National Association, as Trustee for the Holders of the CSFB Home Equity Trust Series 2006-2 has not filed a claim in the Chapter 13 bankruptcy case as of the date of the filing of this adversary case.

12. On or about September 10, 2016, at the behest of Plaintiffs, an appraisal for the Property was obtained from Michael D. Farnell of Springhouse, Pennsylvania. A true and correct copy of the market value of the subject Property is incorporated herein as **Exhibit "C"**.

13. The estimated market value of the Property of Plaintiffs is $80,000.00.

14. The $80,000.00 value of the Property is less than the $115,164.22 mortgage lien in first position held by Specialized Loan Servicing, LLC.

15. The mortgage lien in second position upon Plaintiffs' real property held by Defendant is wholly unsecured.

16. Pursuant to 11 U.S.C. §506, the debt or obligation owed by the Plaintiffs to the Defendant by virtue of the aforementioned second mortgage upon Plaintiffs' real property should be reclassified by your Honorable Court as unsecured and any lien held by the Defendant against the Property should be declared null and void.

WHEREFORE, Plaintiffs, by and through undersigned counsel, prays for this Court to enter an Order in favor of Plaintiffs and against Defendant, reclassifying the debt owed by Plaintiffs to Defendant from secured to unsecured, and

ORDERING the Defendant to satisfy or vacate its recorded mortgage lien on the premises of 71 South Price Street, Pottstown, Montgomery County, Pennsylvania, 19464

at the Recorder of Deeds of Montgomery County, Pennsylvania within forty-five (45) days of entry of the Discharge Order of your Honorable Court; and

GRANTING such other relief the Court may determine to be proper and just.

ROSS, QUINN & PLOPPERT, P.C.

By: */s/ Joseph Quinn*__________

Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Counsel for Plaintiff- Debtors

Date: January 6, 2020